[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



RECEIVED
SEP 22 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Tyrone R Williams

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart

1:20-cv-05639
Judge Martha M. Pacold
Magistrate Judge Beth W. Jantz
PC 3

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Tyrone .R. Williams

B. List all aliases: _____

C. Prisoner identification number: 20200608070

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California ave Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas J. Dart

Title: Head Sherriff of Cook County

Place of Employment: Cook County Jail

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: none

  B. Approximate date of filing lawsuit: none

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

  D. List all defendants: none

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

  F. Name of judge to whom case was assigned: none

  G. Basic claim made: none

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

  I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am 58 years of age I have stage 4 prostate cancer and stage 3 kidney disease as well I am considerd high risk for Covid-19 Recently in Cook County the Courts ruled that thomas J. Dart head Sherriff of Cook County must practice social distance between pre trail detainees during this pandemic Thomas J. dart has violated this order by housing me in division 6 tier 1 R with a cell mate that has not been tested for Covid-19 I am innocent untill proven guilty I believe ALL LIVES MATTER yet my life has

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

been put at risk Thomas J. Dart is playing russian roullette with my life each day I wonder will I possibly catch Covid-19 and possibly die will I ever see justice true justice will justice ever work for me and not always against me will I always remain a second class citizen in this country when will my black life really matter to the power to be. PLEASE HELP! I have wrote numerous grievances and nothing has been done I have also appeal my grievances.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

actual and consequential damages, with intrest punitive and compensatory damages and any other relief deemed by trier of fact to be just fair and appropriate in the judgement against defendants

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___15___, 20_20_

_Tyrone Williams_
(Signature of plaintiff or plaintiffs)

Tyrone R. Williams
(Print name)

20200608070
(I.D. Number)

Cook County Jail
2650 S. California Ave
Chicago, IL. 60608
(Address)

Williams, Tyrone - 20200608070

P.O. BOX 089002

Chicago, IL. 60608



1:20-cv-05639
Judge Martha M. Pacold
Magistrate Judge Beth W. Jantz
PC 3

United States district court
219 south dearborn
Chicago, IL. 60604



RECEIVED
2020 SEP 22 AM 10: 54

09/22/2020-64