# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Tyrone R Williams 2020-0608070

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.   Case No: 20C5634
(To be supplied by the Clerk of this Court)

SHERIFF Thomas Darts And Executive Director Amanda Gallegos

(Enter above the full name of ALL defendants in this action. <u>Do not</u> use "et al.")

RECEIVED
JAN 12 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:   **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

    A. Name: Tyrone R Williams

    B. List all aliases: D.NA

    C. Prisoner identification number: 202006080 70

    D. Place of present confinement: Cook County Jail

    E. Address: P.O Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Thomas J. Dart
       Title: Sheriff
       Place of Employment: Cook County Jail

    B. Defendant: Amanda Gallegos
       Title: Executive Director
       Place of Employment: County of Cook

    C. Defendant: _____
       Title: _____
       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

N/A

D. List all defendants:

N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Tyrone. R Williams. was Housed in Div #6 tire 2-D, where I Had contracted, the coronavirus Disease (COVID-19) in this correctional Facilities, Did Not give us Enoug space to Social Distan, During this outbreak. And we Needed Cleaning Supples, all the time which was Hard to get. And sanitization Soap, to wash hands. And Never able to be in A single man cell, Now this is only one reason, the Lawsuite would. have to be place on Thomas J. Dart. Sheriff As well as the Executive Director. AMANDA Gallegos, Because these are the people in control. of the Jail, we as pretrial detainee are suposed to be safe. from something as this which make it Negligence, and reckless, When the Jail know That I have other medical condition. Which Make me Even more at higer risk. I did Not have this D,sease, when I first got here.

4                                                                                                    Revised 9/2007

And. I Need to get ANother pROCESS USM-28 U.S. Departmen OF Justice Unied State marshals service

For AMANDA GAllegos DirectoR County OF Cook

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MAke the Cook CouNty JAiL pAy MONEy iN the SuM OF $600,000

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of 30, 20 20

(Signature of plaintiff or plaintiffs)
Tyrone Williams

(Print name)
TYRONE WILLIAMS

(I.D. Number)
2020-0608070

P.O. Box 089002 Chicago
60608 State of ILL

(Address)

Illinois Department of Human Services
Elgin Mental Health Center
750 S State Street
Elgin IL 60123-7692
WCS 11366 (R-11-17)

Legal MAIL

Dr. Glen Brown
Comptroller Legal mail
to Clerk of
Office
219 South Dearborn Street
20th Floor, Chicago ILL
Zip 60604

U.S. POSTAGE PITNEY BOWES
ZIP 60123
02 4W
0000350
$000.80
10 JAN 04 2021

RECEIVED 2021 JAN 12 AM 11:00

Legal MAiL



01/12/2021-15

Legal mail
prepared by
Dr Brown's