

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

FEB 22 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TYRONE R. Williams

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas J. Dart
Amanda Gallegos

_____

_____

(Enter above the full name of ALL defendants in this action. <u>Do not</u> use "et al.")

Hon. Martha M. Pacold

Case No: 20 C 5639
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**   **AMENDED COMPLAINT**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: TYRONE R. Williams

   B. List all aliases: _____

   C. Prisoner identification number: N21768

   D. Place of present confinement: Big Muddy River

   E. Address: 251 N. Illinois HWY 37 Ina, IL 62846

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Thomas J. Dart
      Title: Cook County Sheriff
      Place of Employment: Cook County Jail

   B. Defendant: Amanda Gallegos
      Title: Executive Director
      Place of Employment: Cook County Jail

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I contracted Covid-19 on or about May 2-16 of 2021 I was moved from Div 6-2D to Div 8 and was put in Isolation Quarantine with about 30 more Inmate's all had tested Positive for the Coronavirus. I become very sick- my symptoms were shortness of breath- fatigue- fever- chills- coughing- muscle and body aches- headache- I couldn't smell or taste anything- my Throat was sore- Runny nose- nausea- diarrhea, along with vomiting. I wasn't given any type of medication while I was on Quarantine I went through pain and suffering for about 2 or 3 weeks. By Thomas Dart being the sheriff of Cook County and Amanda Gallegos being The Executive Director of Cook county Jail they both

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

have first hand knowledge of what go on in there Jail both defendants is well aware of the seriousness of the covid-19 virus because inmates and officer's have died from the virus. Due to my serious. Medical health issues thats on file. I was still placed in an unsafe environment which makes me even more at higher risk. I didn't have this disease when I got locked up in the Cook County Jail

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is demanding Punitive and Compensitory Damages in the Form of $100,000.00 from each of the Defendants of the Complaint herein

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____

(Signature of plaintiff or plaintiffs)
TYRONE R. Williams
(Print name)
TYRONE R. Williams
(I.D. Number)
N21768
Big Muddy River
251 N. Illinois Hwy 37 Ina IL 62846
(Address)

Tyrone Williams
ID No. Y1768
2951 N. Illinois Hwy 37
Ina, IL 62846

IDOC OFFENDER MAIL

RECEIVED
FEB 22 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago IL 60604

Legal Mail — Legal Mail


