UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
CIVIL DIVISION

Tyrone R. Williams ( N21768)
    Plaintiff         )
vs.

CASE #1: 2020- cv- 05639
Honorable Judge Martha M. Pacold

Thomas Dart, et al.,
    Defendants

## MOTION TO WITHDRAW AS APPOINTED ATTORNEY PURSUANT TO LOCAL RULE # 83.38

NOW COMES THE ATTORNEY, ANNETTE E. PINHASIK, and moves pursuant to Local Rule 83.38, to allow a withdrawal as the appointed attorney on behalf of Tyrone Williams, and in support thereof states as follows;

1. That an email was received on March 1, 2022 appointing me as attorney on behalf of Tyrone Williams in his # 1983 civil rights case.

2. That I have not represented a Plaintiff in a civil rights case under 42 U.S.C # 1983 and based upon the Statement of the case, I have no experience in representing a Plaintiff in similar claims of constitutional deprivations for medical care..

3. That based upon my lack of knowledge and experience in this type of case, I do not feel competent to properly represent this Plaintiff and respectfully feel he deserves an attorney that can best represent his rights.

WHEREFORE, THE ATTORNEY ANNETTE E. PINHASIK BE ALLOWED TO WITHDRAW, INSTANTER, AS THE APPOINTED ATTORNEY OF TYRONE WILLIAMS

*Annette E. Pinhasik*

**LAW OFFICE OF ANNETTE E. PINHASIK**
166 W. Washington ST.    SUITE 400
CHICAGO, IL. 60602
847-508-2998    atty #3122000
Aeplaw2@aol.com